Case 3:18-cr-00458-CAB   Document 156   Filed 03/07/24   PageID.442   Page 1 of 1

AO 247 (Rev. 11/11:CASD 05/15)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| United States of America ) | **FILED** |
| v. ) | 3/07/2024 |
| Mary Helen Navarro (3) ) | CLERK, U.S. DISTRICT COURT |
| ) Case No: 18-CR-0458-CAB | SOUTHERN DISTRICT OF CALIFORNIA |
| ) USM No: 45267-298 | BY s/L. Hernandez  DEPUTY |
| Date of Original Judgment: 08/13/2018 ) | |
| Date of Previous Amended Judgment: ) Mary Helen Navarro, Pro Se | |
| *(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __132__ months **is reduced to** __120 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __08/13/2018__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/07/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Hon. Cathy Ann Bencivengo, U.S. District Judge
*Printed name and title*